GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

DAVID J. GRECH
dgrech@grsm.com

The request is GRANTED. Defendant may answer, move, or otherwise respond to the Complaint by no later than October 13, 2026. The Initial Pretrial Conference is adjourned to October 19, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. No further extensions will be granted.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

September 29, 2026

September 28, 2026

**VIA ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Florez v. 115 Christopher Street Restaurant Group, LLC*
Case No. 1:26-cv-04850-LJL-GWG

Dear Judge Liman,

We represent Defendant 115 Christopher Street Restaurant Group, LLC in this case. We write, pursuant to Paragraph 1(D) of Your Honor's Individual Practices in Civil Cases and with Plaintiff's consent, to respectfully request an extension of time for Defendant to answer, move, or otherwise respond to the Complaint and an adjournment of the Initial Pretrial Conference.

The parties are engaged in discussions aimed at an early resolution of this matter. Plaintiff has made an initial proposal, and in discussions earlier today, Defendant agreed to further respond to that proposal within the next ten (10) days. The parties require additional time to explore whether an early, amicable resolution of this case can be reached, and Defendant respectfully requests that time before expending resources on further litigation.

Plaintiff consents to Defendant's request for an extension of time of two weeks until October 13, 2026 to respond to the Complaint. Plaintiff consents to Defendant's request for an adjournment of two weeks of the Initial Pretrial Conference, presently scheduled for October 5, 2026, to date available to the Court. This is Defendant's second request for an extension of time to respond to the Complaint and for an adjournment of the Initial Pretrial Conference. The prior requests, also upon consent, were granted. The requested extension and adjournment would not affect any other scheduled dates or deadlines in this case.

We thank the Court for its attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech